CHARLOTTE MOTOR SPEEDWAY v. CNTY. OF CABARRUS

[367 N.C. 533 (2014)]

CHARLOTTE MOTOR SPEEDWAY, LLC AND SPEEDWAY MOTORSPORTS, INC. v.
COUNTY OF CABARRUS

No. 503PA13

(Filed 19 December 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 748 S.E.2d 171 (2013), affirming an order entered on 21 March 2012 by Judge Robert C. Ervin in Superior Court, Cabarrus County. Heard in the Supreme Court on 9 September 2014.

*James, McElroy & Diehl, P.A., by Preston O. Odom, III, William K. Diehl, Jr., and John R. Buric, for plaintiff-appellants.*

*Erwin, Bishop, Capitano & Moss, PA, by J. Daniel Bishop; and Richard M. Koch, Cabarrus County Attorney, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.